UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP TOP CORP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAKUTEN KOBO INC.,<br><br>　　　　Defendant. | Case No. 20-cv-04482-DMR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 36 |

On April 20, 2021, the court ordered Plaintiff Pop Top Corp. to comply with Civil Local Rule 79-5 and file an administrative motion to file under seal portions of its brief in opposition to Defendant's motion for summary judgment (Docket No. 30) by no later than April 26, 2021. [Docket No. 36.]  No such motion has been filed.  Therefore, by no later than May 3, 2021, Plaintiff shall show cause why it should not be sanctioned for failing to comply with the court's April 20, 2021 order.

**IT IS SO ORDERED.**

Dated: April 28, 2021



Donna M. Ryu
United States Magistrate Judge